**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael BROWN, Defendant–Appellant.**

No. 08–8467.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 15, 2009.

Decided: Jan. 26, 2009.

Michael Brown, Appellant Pro Se.

Arthur Bradley Parham, Assistant United States Attorney, Florence, SC, for Appellee.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Brown appeals the district court's order denying his motion for downward departure. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Brown*, No. 4:06–cr–00582–RBH–1 (D.S.C. Nov. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*